IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER L. BOWSER,** : | CIVIL NO. 1:CV-01-0741 |
| Plaintiff : | |
| v. : | |
| **APPLEBY WINDOW SYSTEMS,** : | |
| **INC.; and SHANE F. deGARAY,** : | |
| Defendants : | |



### O R D E R

Upon consideration of Plaintiff's motion for extension of the discovery deadline, in which Defendants do not concur, **IT IS HEREBY ORDERED THAT:**

1) The motion is granted in part and denied in part.

2) The deadline for completion of discovery is extended to March 29, 2002.

3) Dispositive motions <u>and</u> supporting briefs shall be filed no later than April 15, 2002.

4) All motions <u>in limine</u>, if any, accompanied by supporting briefs, shall be filed no later than June 3, 2002.

5) Pretrial memoranda shall be filed on or before noon on Thursday, June 20, 2002 in conformity with the local rules.

6) The pretrial conference is <u>rescheduled</u> from May 31, 2002 to Thursday, June 27, 2002 at 3:30 p.m., in the chambers of Courtroom No. 3.

7) This case is removed from the June trial list and placed on the July 2002 trial list. Jury selection for cases on the July list will begin at 9:30 a.m. on Monday, July 1, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

SYLVIA H. RAMBO
United States District Judge

Dated: February 27, 2002.

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *


   Re:  1:01-cv-00741    Bowser v. Appleby Window Syste


   True and correct copies of the attached were mailed by the clerk
   to the following:


        Stacey R. MacNeal, Esq.
        Donald B. Hoyt, Esq.
        Blakey, Yost, Bupp & Schaumann
        17 East Market Street
        York, PA  17401

        Eric N. Athey, Esq.
        Richard Anthony Estacio, Esq.
        Kegel Kelin Almy & Grimm, LLP
        24 North Lime Street
        Lancaster, PA  17602

        Kim R. Smith, Esq.
        Rory O. Connaughton, Esq.
        Hartman, Underhill & Brubaker
        221 East Chestnut Street
        Lancaster, PA  17602
```

```
cc:
Judge                   (X )              ( ) Pro Se Law Clerk
Magistrate Judge        (  )              ( ) INS
U.S. Marshal            (  )              ( ) Jury Clerk
Probation               (  )
U.S. Attorney           (  )
Atty. for Deft.         (  )
Defendant               (  )
Warden                  (  )
Bureau of Prisons       (  )
Ct Reporter             (  )
Ctroom Deputy           (  )
Orig-Security           (  )
```

MARY E. D'ANDREA, Clerk

DATE: February 28, 2002                    BY: _____
                                                     Deputy Clerk