## LAW OFFICES
## BLAKEY, YOST, BUPP & RAUSCH, LLP
17 EAST MARKET STREET
YORK, PENNSYLVANIA 17401

ALBERT G. BLAKEY
DAVID WM. BUPP
DONALD B. HOYT
CHARLES A. RAUSCH
SARA A. AUSTIN
STACEY R. MACNEAL
PENNY V. AYERS
JOHN J. BARANSKI, JR.
ROBERT O. BEERS+
DONALD H. YOST+
 +OF COUNSEL

TELEPHONE (717) 845-3674
FACSIMILE (717) 854-7839

PLEASE CORRESPOND TO YORK OFFICE

DILLSBURG OFFICE:
104 SOUTH BALTIMORE STREET
DILLSBURG, PA 17019
(717) 502-8256

May 15, 2002

Judge Sylvia H. Rambo
U. S. District Court
Middle District of Pennsylvania
228 Walntu St., P. O. Box 983
Harrisburg, PA  17108

    RE:    Bowser vs. Appleby Window Systems, Inc. et al
            Docket No. 01: CV-01-0741

FILED MAY 1 7 2002
HARRISBURG, PA DEPUTY CLERK

Dear Judge Rambo:

    The above action, which is currently scheduled for trial in July, has been settled. The parties are in the process of formalizing this settlement.

    Thank you for your assistance.

Very truly yours,

*Stacey R. MacNeal*
Stacey R. MacNeal
BLAKEY, YOST, BUPP & RAUSCH, LLP

SRM/phw
cc  Rory O. Connaughton, Esq.
     Eric N. Athey, Esq.