

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JENNIFER L. BOWSER, : CIVIL NO. 1:CV-01-0741
      Plaintiff :
:
v. :
:
APPLEBY WINDOW SYSTEMS, :
INC.; and SHANE F. deGARAY, :
:
      Defendants :



### ORDER

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

SYLVIA H. RAMBO
United States District Judge

Dated: May 17, 2002.